

# NUMBER 13-24-00138-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.L.J., A CHILD

### ON APPEAL FROM THE 156TH DISTRICT COURT
### OF SAN PATRICIO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Benavides

On February 26, 2024, appellant, Christian Johnson, filed a pro se notice of appeal from a Final Order in suit affecting the parent-child relationship in trial court cause number S-23-5554FL-B. On March 1, 2024, the Clerk of the Court requested appellant to pay the $205.00 filing fee for the notice of appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T

CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). The Clerk also advised appellant that the notice of appeal failed to comply with Texas Rules of Appellate Procedure 9.5(e), 25.1(d)(1), (2), (4), and (5), and requested correction of these defects. *See* TEX. R. APP. P. 9.5(e), 25.1(d); *see also id.* R. 37.1.

On March 21, 2024, and April 10, 2024, the Clerk notified appellant that he was delinquent in submitting the filing fee for the notice of appeal and informed him that the appeal would be dismissed if the filing fee was not paid. *See id.* R. 42.3(c). On April 10, 2024, the Clerk again advised appellant that the notice of appeal was defective, requested correction of the defects, and advised appellant that the appeal would be dismissed if the defects were not corrected. *See id.*

To date, appellant has neither paid the filing fee for the notice of appeal nor filed a corrected notice of appeal. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee and has not filed a corrected notice of appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
6th day of June, 2024.

2